UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TECHGUARD SECURITY, L.L.C., ) <br> ) <br> Plaintiff and Counterclaim ) <br> Defendant, ) <br> ) <br> vs. ) <br> ) <br> JAMES B. JOYCE, ) <br> ) <br> Defendant and Counterclaim ) <br> Plaintiff. ) | Case No. 4:08CV1489 AGF |

## **MEMORANDUM AND ORDER**

**IT IS HEREBY ORDERED** that the request of Defendant/Counterclaim Plaintiff James Joyce to cancel Court-ordered mediation is **DENIED,** as is Joyce's alternative request that Plaintiff/Counterclaim Defendant be order to pay for the medication. [Doc. #89]

Both parties to this dispute are reminded of their obligation to mediate in good faith. See <u>Nick v. Morgan's Foods, Inc.</u>, 270 F.3d 590 (8th Cir. 2001).

_____
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of December, 2009.