UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| TECHGUARD SECURITY, L.L.C., | ) |
| | ) |
| Plaintiff and Counterclaim Defendant, | ) ) |
| | ) |
| vs. | ) Case No. 4:08CV1489 AGF |
| | ) |
| JAMES B. JOYCE, | ) |
| | ) |
| Defendant and Counterclaim Plaintiff. | ) ) |

## ORDER

This matter is before the Court on Defendant's motion to file an amended answer to Plaintiff's second amended complaint. Defendant has submitted a copy of his proposed amended answer. The Court discerns no prejudice to Plaintiff or undue delay that will result from granting this motion.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant's motion to file an amended answer is **GRANTED**. [Doc. #76]

*Audrey G. Fleissig*
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of December, 2009.